**CT Corporation**

*CAT*

**Service of Process Transmittal**
03/08/2010
CT Log Number 516268681

TO: Pam Broyard
Allstate Insurance Company
SE LA Liability/Casualty MCO, 3900 No. Causeway Boulevard
Suite 400
Metairie, LA 70002-

RE: **Process Served in Louisiana**

FOR: ALLSTATE INSURANCE COMPANY (Domestic State: IL)

*Linda E. Wimberly*
*5114624264*

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Linda Wimberly, Petitioner vs. Allstate Insurance Company, Dft. |
| **DOCUMENT(S) SERVED:** | Letter, Citation, Petition, Order |
| **COURT/AGENCY:** | 22nd Judicial District Court, Parish of St. Tammany, LA<br>Case # 2010-10897 |
| **NATURE OF ACTION:** | Insurance Litigation - Policy benefits claimed for property damage received as a result of the 2005 Hurricane Season |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 03/08/2010 postmarked on 03/05/2010 |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days |
| **ATTORNEY(S) / SENDER(S):** | Richard P. Voorhies<br>Law Office of Alvendia, Kelly & Demarest, LLC<br>909 Poydras Street<br>Suite 1625<br>New Orleans, LA 70112<br>504-200-0000 |
| **REMARKS:** | Process forwarded by the Louisiana Secretary of State on 03/08/10. |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Priority Overnight, 799512539267<br>Email Notification, Patti Cummings pgarq@allstate.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Lisa Uttech |
| **ADDRESS:** | 5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808 |
| **TELEPHONE:** | 225-922-4490 |

**SUIT RECEIVED**
**MAR 09 2010**

Page 1 of 1 / NB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



Case 2:10-cv-01013-EEF-KWR   Document 1-1   Filed 04/01/10   Page 2 of 12

**State of Louisiana**
**Secretary of State**

03/05/2010

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

ALLSTATE INSURANCE COMPANY
C/O C T CORPORATION SYSTEM
5615 CORPORATE BLVD., STE. 400B
BATON ROUGE, LA 70808

Suit No.: 201010897
22ND JUDICIAL DISTRICT COURT
SAINT TAMMANY PARISH

LINDA WIMBERLY
vs
ALLSTATE INSURANCE COMPANY

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State

Served on: JAY DARDENNE          Date: 03/04/2010
Served by: JOHN LABATUT           Title: DEPUTY SHERIFF

No: 804273

MS

| | |
|---|---|
| LINDA WIMBERLY | No. 2010-10897-I   **SERVE** |
| Versus | 22nd Judicial District Court |
| ALLSTATE INSURANCE COMPANY | Parish of St. Tammany |
| | SERVED ON JAY DARDENNE |
| | Louisiana |
| | MAR 04 2010 |
| | SECRETARY OF STATE COMMERCIAL DIVISION |

TO THE DEFENDANT   ALLSTATE INSURANCE COMPANY   LOUISIANA SECRETARY OF STATE 8585 ARCHIVES AVENUE BATON ROUGE, LA 70809

You are hereby summoned to comply with the demand contained in the petition of / which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable Judges of said Court this   12TH   day of   FEBRUARY   A.D. 20   10

*Malise Prieto*, CLERK OF COURT

BY:   S/MARY TAYLOR
                                                                                       DEPUTY CLERK OF COURT

ISSUED: February 26, 2010

Attorney   RICHARD P. VOORHITES   P1
           909 POYDRAS STREET, STE 1625
           NEW ORLEANS, LA 70112

A TRUE COPY

Received on _____, 20 _____, and on the _____ day of _____, 20 ____
I served a true copy of the within _____
on _____ in person,
at domicile with _____
in _____ Parish, a distance of _____ miles from
the Court House.

                                                                    _____
                                                                    Deputy Sheriff
                                    Parish of _____

Mar. 9. 2010 4:33PM   Allstate                                No. 5934   P. 4   K-101

22nd JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

HURRICANE LITIGATION

NO. 2010-10897                    DIVISION "I"

LINDA WIMBERLY

VERSUS

ALLSTATE INSURANCE COMPANY

FILED: FEB 1 2 2010                S/MARY TAYLOR
                                    DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of **LINDA WIMBERLY**, a person of the full age of majority and a resident of the State of Louisiana, respectfully represents:

1.

Made defendant herein is ALLSTATE INSURANCE COMPANY, a foreign insurance company which is authorized to do and doing business in the State of Louisiana;

2.

At all times relevant hereto, petitioner, LINDA WIMBERLY, owned the property located at **108 NORTH LAKE, MANDEVILLE, LA.**

3.

At all times relevant hereto, defendant, ALLSTATE INSURANCE COMPANY, provided a policy of insurance to LINDA WIMBERLY, which provided coverage for the incident and damages at issue herein.

4.

On August 29, 2005 at 6:10 a.m., Hurricane Katrina made landfall on the Gulf Coast with winds reaching 145 mph. According to the National Weather Service, the winds were at 135-140 mph at 8:00 a.m. when Katrina passed just to the east of New Orleans. At that point, Katrina's eye was 32 miles in diameter (as opposed to Hurricane Camille's 10 mile eye), and its winds radiated 125 miles from the center (as opposed to Hurricane Camille's 60 mile diameter). Katrina was a large and powerful storm with 36 confirmed tornadoes and 13 inches of rain in New Orleans.

FAX FILED
2/12/10

5.

The winds and rain from Hurricane Katrina caused massive damage to petitioner's property located at **108 NORTH LAKE, MANDEVILLE, LA.**

6.

Although there was subsequent rising water, the rising water did not begin to rise until after the wind had subsided from its maximum velocity.

7.

Consequently, most, if not all, of the damage to plaintiff's property was caused by wind and/or hurricane, as opposed to flooding.

8.

Immediately after the Hurricane, petitioner reported the damage to her insurer, **ALLSTATE INSURANCE COMPANY**, and made demand for payment.

9.

Satisfactory proof of loss was supplied to **ALLSTATE INSURANCE COMPANY**.

10.

Thereafter, **ALLSTATE INSURANCE COMPANY** failed to fulfill its obligations under the policy of insurance, and is liable unto your petitioner for the following reasons, to-wit:

a. Failing to pay for all damages due under the policy;

b. Failing to include all damages in scope of loss / damage estimate;

c. Failing to bring in qualified professionals to timely and properly assess all of the damages;

d. Refusing to pay for "matching" of items such as roof tiles, shingles and paint;

e. Overly depreciating the value of the property and the value of contents items;

f. Refusing to explain or provide insured with a copy of the depreciation schedule used to calculate depreciation;

g. Failing to pay for post-catastrophe price increases;

h. Failing to timely and/or fully pay Alternative Living Expenses;

i. Failing to timely and/or fully pay all business interruption expenses;

j. Failure to timely and properly communicate with its insured; and

k. Arbitrary and capricious failure to investigate, initiate loss adjustment, analyze,

and pay claim in good faith and within a reasonable period of time, all in violation of LSA R.S. Arts. 22:1220 and 22:658.

11.

As a result of the foregoing acts and/or omissions, ALLSTATE INSURANCE COMPANY should adequately compensate petitioner for all items covered under the policy of insurance, including but not limited to:

a. Full value of the property damage to Petitioner's property;

b. Loss of Use;

c. Recoverable Depreciation;

d. Mold Damage and Remediation;

e. Debris Clean Up and Removal;

f. Cost of Compliance;

g. Business interruption;

h. Loss of Business Income;

i. Mental Anguish;

j. Attorney fees and case costs;

k. Lost rents; and

l. Arbitrary and capricious penalties, attorney's fees, and general and special damages pursuant to LSA R.S. Arts. 22:1220 and 22:658.

WHEREFORE, your petitioner, LINDA WIMBERLY, prays that defendant, ALLSTATE INSURANCE COMPANY, be served with a copy of this petition, and that after all legal delays they be required to answer same and after all proceedings there be a judgment in favor of your petitioner, LINDA WIMBERLY, for all amounts commensurate with her damages to include property damage, loss of use, recoverable depreciation, mold damage and remediation, debris clean up and removal, cost of compliance, loss of business, loss of contents, loss of past, present and future rents, and arbitrary and capricious penalties and attorney's fees pursuant to LSA R.S. Arts. 22:1220 and 22:658, all as reasonable under the premise, to be determined by the trier of fact; said judgment against defendants, ALLSTATE INSURANCE COMPANY together with legal interest thereon from the date of judicial demand until paid, for all cost of these proceedings, for all expert fees and for all general and equitable relief.

Respectfully submitted:

Law Office of Alvendia, Kelly & Demarest, LLC

_____
Richard P. Voorhies, Bar No. 30782
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112
Telephone:   (504) 200-0000
Facsimile:    (504) 200-0001

PLEASE SERVE:

**ALLSTATE INSURANCE COMPANY**
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

A TRUE COPY

**22nd JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY**

**STATE OF LOUISIANA**

**HURRICANE LITIGATION**

NO. 2010-10897                                                          DIVISION " I "

**LINDA WIMBERLY**

**VERSUS**

**ALLSTATE INSURANCE COMPANY**

FILED: February 12, 2010                      _____
                                                                     DEPUTY CLERK

**ORDERED DENIED AS PREMATURE**

THIS MATTER will come before the Court for case management conference on the _____ day of _____, 2009 at _____ o'clock ___.m., before Division ____.

BATON ROUGE, LOUISIANA this 25 day of July 2009.

_____
JUDGE

**PLEASE SERVE:**

ALLSTATE INSURANCE COMPANY
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

A TRUE COPY
_____
DY. CLERK 22nd JUD. DIST. COURT

**FAX FILED**
2/10/10

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| LINDA WIMBERLY | * | CIVIL ACTION NO.: |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | JUDGE: |
| | * | |
| ALLSTATE INSURANCE COMPANY, | * | MAGISTRATE: |
| | * | |
| Defendant. | * | SECTION: |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT OF DANIEL MURPHY IN SUPPORT OF**
<u>**DEFENDANT ALLSTATE INSURANCE COMPANY'S NOTICE OF REMOVAL**</u>

**STATE OF ILLINOIS**
                        ) ss
**COUNTY OF DUPAGE**

    DANIEL MURPHY, being duly sworn, deposes and states as follows:

    1.    I am over 18 years of age, and a resident of the State of FLORIDA.

    2.    I have knowledge of the facts set forth in this Affidavit, both personally and through a review of Allstate Insurance Company's records, made and kept in the regular course



of Allstate's business by those whose regular job function it is to make and keep such records, and, if called as a witness, I could testify competently to those facts.

3. I am a Claims Adjuster for Allstate. I have held this position for 24 years.

4. I have reviewed Allstate's books and records that, among other things, show that Plaintiff, Linda Wimberly, had an Allstate Deluxe Plus Homeowners insurance policy for the property located at Lewisburg Estates, 108 North Lake, Mandeville, Louisiana 70448 that has a dwelling limit of $500,000, coverage limits for other property of $50,000, and coverage limits for personal property and contents of $375,000. Additionally, the policy provides limits for additional living expenses for up to twelve months.

5. Allstate has tendered payments to the Plaintiff under her homeowners insurance policy, but far more than $75,000 remains under the policy limits of the policy.

6. Allstate Insurance Company is an Illinois corporation with its principal place of business in Illinois.

7. Based on my review of the file and experience handling this claim, Plaintiff is a citizen of Louisiana.

Dated: March 30, 2010

_____
**Daniel Murphy**

SUBSCRIBED AND SWORN to before me
this 30 day of March, 2010.

_____
Notary Public
My Commission Expires 5-14-2012

OFFICIAL SEAL
KRISTINE ACCARDO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-14-2012

**State of Louisiana**
**Secretary of State**

03/05/2010

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

ALLSTATE INSURANCE COMPANY
C/O C T CORPORATION SYSTEM
5615 CORPORATE BLVD., STE. 400B
BATON ROUGE, LA 70808

Suit No.: 201010897
22ND JUDICIAL DISTRICT COURT
SAINT TAMMANY PARISH

LINDA WIMBERLY
vs
ALLSTATE INSURANCE COMPANY

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State

Served on:  JAY DARDENNE
Served by:  JOHN LABATUT

Date: 03/04/2010
Title: DEPUTY SHERIFF

No: 804273

MS



22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO. 2010-10897                                                                 DIVISION "I"

LINDA WIMBERLY

VERSUS

ALLSTATE INSURANCE COMPANY

FILED: _____          _____
                                                                  DEPUTY CLERK

### NOTICE OF FILING NOTICE OF REMOVAL

TO:  The Honorable Malise Prieto          TO:  Richard P. Voorhies
     Justice Center                             Law Office of Alvendia, Kelly &
     Post Office Box 1090                       Demarest, LLC
     Covington, LA 70434                        909 Poydras Street, Suite 1625
                                                New Orleans, LA 70112

PLEASE TAKE NOTICE that on the 31 day of March, 2010, Defendant, Allstate Insurance Company, filed a Notice of Removal of the above-entitled cause from the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, a copy of which is attached hereto.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has this day been served on all known counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this 31 day of March, 2010.

_____
COUNSEL

Respectfully submitted,

LABORDE & NEUNER

_____
FRANK X. NEUNER, JR. - #07674
DANIEL J. POOLSON, JR. - #30676
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, LA 70503
TELEPHONE: 337/237-7000
FACSIMILE: 337/233-9450
Attorneys for Allstate Insurance Company

1

